UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 12: 10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THOMAS MOYSEY

v.                                              3:00CV2026 (AHN)

JOHN REARICK, TODD LYNCH,
MICHAEL COLLINS, JOHN
HERMAN, JR., JOSEPH DUNN
and PAUL RENSHAW

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motions for summary judgment.

The Court heard oral argument on April 21, 2003, and has reviewed all of the papers filed in conjunction with the motions. On March 25, 2004, a Ruling on Defendants' Motions for Summary Judgment was entered by the Court granting defendants' motions.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of March, 2004.

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

Entered on Docket _____